IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-02618-RPM

MARCELLA A. JONES,

    Plaintiff,

v.

KOHL'S DEPARTMENT STORES, INC.,

    Defendant.

_____

ORDER TO COMPLY WITH D.C.COLO.LCivR 7.4
_____

    It appearing from the files and records that defendant has not filed a disclosure statement, it is

    ORDERED, that counsel for the defendant shall file a disclosure statement pursuant to D.C.COLO.LCivR 7.4.

    Dated:   October 19th, 2011

                                      BY THE COURT:

                                      s/Richard P. Matsch

                                      _____

    .                                  Richard P. Matsch, Senior District Judge