**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Senior District Judge Richard P. Matsch**

Date:                June 14, 2012
Courtroom Deputy:    J. Chris Smith
FTR Technician:      Kathy Terasaki

_____

Civil Action No. 11-cv-02618-RPM

MARCELLA A. JONES,                                          William A. Wills, II

      Plaintiff,

v.

KOHL'S DEPARTMENT STORES, INC.,                             Matthew A. Holmes

      Defendant.
_____

**COURTROOM MINUTES**
_____

**Scheduling Conference**

**1:56 p.m.**       **Court in session.**

Court's preliminary remarks.

Mr. Wills answers questions asked by the Court regarding claims and social security benefits.

Mr. Wills states plaintiff will withdraw the loss of income claim.

Mr. Wills further states plaintiff will also withdraw any claim for medical treatments except for the ones deriving from the accident that occurred at defendant's premises.

**Mr. Wills** clarifies plaintiff's remaining claims and **agrees to file a formal withdrawal of claims**.

Argument by Mr. Holmes.

Discussion between Court and counsel regarding medical releases (specificity - doctors/body parts).

**ORDERED:**   Defendant's Motion to Compel and Request for Forwith Hearing [12], is granted with respect to a forwith hearing by this setting and resolved in all other respects as stated on record.

**ORDERED:**   Defendant's Motion Extension of Lay Discovery Deadline [14], is granted to August 1, 2012.

Court states its practice regarding orders of reference to magistrate judge for settlement (joint motion).

**2:25 p.m.**       **Court in recess.**       Hearing concluded.  Total time: 29 min.