IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-02618-RPM

MARCELLA A. JONES,

    Plaintiff,
v.

KOHL'S DEPARTMENT STORES, INC.,

    Defendant.

___

ORDER SETTING TRIAL DATE AND PRETRIAL CONFERENCE
___

Pursuant to the hearing today, it is

ORDERED that this matter is set for trial to jury on **April 8, 2013, at 8:30 a.m.,** in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Trial procedures may be found at **www.cod.uscourts.gov/judges_frame.htm.** It is

FURTHER ORDERED that a pretrial conference is scheduled for **March 8, 2013, at 3:00 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado. Counsel are directed to comply with the Instructions for Preparation and Submission of Final Pretrial Order which may be found at **www.cod.uscourts.gov/judges_frame.htm**. The proposed Final Pretrial Order, original only, shall be delivered in paper form directly to chambers by **4:00 p.m.** on **March 1, 2013.** The conference is conducted with <u>lead</u> <u>counsel</u> <u>present</u> <u>in</u> <u>person</u>. No parties or representatives of parties will be permitted to attend.

Dated:   October 5, 2012

                                      BY THE COURT:

                                      s/Richard P. Matsch
                                      _____
.                                      Richard P. Matsch, Senior District Judge