IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.:  11-cv-02618-RPM

MARCELLA A. JONES

      Plaintiff(s),

v.

KOHL'S DEPARTMENT STORES, INC.,
A DELAWARE CORPORATION

      Defendant(s).

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER comes before the Court upon the Stipulation of the Plaintiff, Marcella A. Jones, and the Defendant, Kohl's Department Stores, Inc., for a dismissal of all claims of Plaintiff against Defendant with prejudice, and the Court, having read the Stipulation and believing itself fully advised,

HEREBY ORDERS that the claims of Plaintiff, Marcella A. Jones, against Defendant, Kohl's Department Stores, Inc., in the above-captioned action are hereby dismissed with prejudice, each party to pay their respective costs and attorney fees.

DATED:  February 8, 2013

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior District Judge